# EXHIBIT 11

To: Petitioner's Motion and Memorandum for Preliminary Injunction

2:12-cv-00252-SWS

John Persell, WSB # 7-4672
Biodiversity Conservation Alliance
412 S 2nd St, Laramie, WY 82070
(971) 295-6993
john@voiceforthewild.org

Allison N. Melton, CSB # 45088, *Pro Hac Vice*
Of Counsel, Western Mining Action Project
P.O. Box 349, 440 Main St #2, Lyons, CO 80540
(303) 823-5738
alli.melton@gmail.com

Roger Flynn, CSB # 21078, *Pro Hac Vice*
Western Mining Action Project
P.O. Box 349, 440 Main St #2, Lyons, CO 80540
(303) 823-5738
wmap@igc.org

Attorneys for Petitioner.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| BIODIVERSITY CONSERVATION ALLIANCE, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>BUREAU OF LAND MANAGEMENT, )<br>a Bureau within the Department of )<br>Interior; JOHN RUHS, BLM High Desert )<br>District Manager, in his official capacity, )<br>)<br>Respondent. ) | DECLARATION OF MICHAEL GUY |

I, Michael Guy, hereby declare as follows:

1. I submit this Declaration in support of Biodiversity Conservation Alliance's Petition for Review and Motion for Preliminary Injunction in the above-captioned case. I have personal knowledge of the matters stated herein and, if called as a witness, would and could competently testify thereto.

2. I am a member of Biodiversity Conservation Alliance ("BCA").

3. I personally have a strong interest in the management of Bureau of Land Management lands in the Red Desert. I have visited the lands along Battle Spring Draw on many occasions, including the area occupied by the Lost Creek uranium project challenged in this case, for the purpose of hunting for sage grouse, as well as camping, wildlife viewing and appreciation of the wide open spaces and undeveloped lands.

4. I first visited this area during the sage grouse hunting season of 1979, when I hunted the area for grouse.

5. I return to this area on an annual basis both to hunt in the fall and/or to camp and view wildlife during the summer. The quiet and solitude of the area is extremely important to my wife and myself. We also enjoy photographing the area and viewing wildlife. These uses and values will be either eliminated or severely degraded by the Lost Creek Project.

1

6. I plan to return to this part of the Red Desert, including the Lost Creek Project site, to camp and view wildlife during the summer months and expect to make at least one trip per year as long as we are physically able.

7. The construction of the Lost Creek uranium project will immediately and irreparably harm my ability to enjoy these lands by severely degrading sage grouse habitat and eliminating or vastly reducing populations of sage grouse and other wildlife upon which my recreational and aesthetic usage depends. The industrialization of these lands will effectively remove them from my usage for the remainder of my life.

8. I am also currently, immediately, and irreparably harmed by BLM's failure to prepare a legally-adequate EIS under the National Environmental Policy Act (NEPA). The violation of my procedural and public participation rights under NEPA by BLM's failure includes, but is not limited to: (1) failure to fully review all direct, indirect, and cumulative impacts to wildlife, especially the sage grouse, Wyoming pocket gopher, and pygmy rabbit; (2) failure to consider reasonable alternatives that would have less environmental impact; (3) failure to prepare an adequate mitigation plan for these species as well as water resources; and (4) failure to fully review the direct, indirect, and cumulative impacts to local and regional ground and surface waters and dependent ecological systems, among other issues detailed in BCA's Petition and Motion.

9. Each of the impacts cataloged above results in immediate, irreparable, and significant harms to BCA and its members and to myself personally, given the importance of protecting rare native species and environmental resources to BCA's mission and my personal uses and values.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief, and that this declaration was executed on November 13, 2012, in Casper, Wyoming.

Michael Guy