James C. Kaste, WSB No. 6-3244

Matthias L. Sayer WSB No. 7-4677

Wyoming Attorney General's Office

123 State Capitol

Cheyenne, Wyoming 82002

Telephone: (307) 777-6946

Facsimile: (307) 777-3542

james.kaste@wyo.gov

matthias.sayer@wyo.gov

*Attorneys for Respondent-Intervenor State of Wyoming*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| BIODIVERSITY CONSERVATION ALLIANCE, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Doc. No. 2:12-CV-00252-SWS |
| BUREAU OF LAND MANAGEMENT, *et al.,* | ) ) ) | |
| Respondents. | ) | |

---

**NOTICE OF COMPLEXITY**

---

Respondent-Intervenor, the State of Wyoming, through its undersigned attorneys and pursuant to U.S.D.C.L.R. 16.4, hereby notifies the Court and opposing parties that the above captioned civil case is:

    **X**  NON-COMPLEX                 \_\_\_  COMPLEX

Submitted this 3rd day of December, 2012.

ATTORNEYS FOR RESPONDENT-INTERVENOR STATE OF WYOMING

By:  /s/ James Kaste_____
James C. Kaste, WSB No. 6-3244
Matthias L. Sayer WSB No. 7-4677
Wyoming Attorney General's Office
123 State Capitol
Cheyenne, Wyoming 82002
Telephone:  (307) 777-6946
Facsimile:  (307) 777-3542
james.kaste@wyo.gov
matthias.sayer@wyo.gov

**CERTIFICATE OF SERVICE**

        I certify that on the 3rd day of December, 2012, I electronically filed the foregoing with the Clerk of the U.S. District Court of Wyoming using the CM/ECF system which sent a Notice of Electronic filing to the following persons:

Allison N. Melton
alli.melton@gmail.com

John Sterling Persell, III
john@voiceforthewild.org

Roger Flynn
wmap@igc.org

C. Levi Martin
Christopher.Martin@usdoj.gov

Hampton K. O'Neill
honeill@wsmtlaw.com

                                           /s/  James Kaste
                                           Attorney for Respondent-Intervenor
                                           State of Wyoming